From: Christopher Moale <captainkris1@yahoo.com>
Sent: Tuesday, October 22, 2019 8:35 AM
To: Moogan, Chris <Chris.Moogan@Chubb.com>
Subject: [EXTERNAL] Maintenance and Cure

Dear Sirs,

I again demand payment of my benefits under the Maintenance and Cure doctrine at U.S. $55 per day as accrued from the date of my accident. I am now scheduling my shoulder surgery and will keep you advised of my progress.

My shoulder surgery is scheduled for November 9 2019

Very truly yours,

Chris Moale

Captain Chris Moale

Sent from my iPhone