**From:** Charles Davant <csd@davantlaw.com>
**Date:** October 22, 2019 at 9:08:34 AM EDT
**To:** Christopher Moale <captainkris1@yahoo.com>
**Cc:** "Moogan, Chris" <Chris.Moogan@Chubb.com>, Alicia Gargiulo <aag@davantlaw.com>, Jesse Drawas <jdrawas@davantlaw.com>
**Subject: Moale - RE: [EXTERNAL] Maintenance and Cure**

Captain,

We sent the attached letter to you last week and hope you have received it. It contains several requests in furtherance of our duty to investigate your maintenance and cure claim. We would like to review documents and medical records so we can determine your eligibility. Please advise if you are represented by attorney Michael Moore or not. Our letter references same and our prior attempts at communicating with this attorney and you.

We look forward to hearing from you soon. Please communicate directly with my office from this point forward.

Best,

Charlie

---

**Charles S. Davant**
<image001.jpg>
401 East Las Olas Blvd. Suite 1400
Fort Lauderdale FL 33301
954.414.0400 *office* | 954.332.2301 *fax*
954.414.0401 *direct* | 954.218.3512 *mobile*
csd@davantlaw.com
www.davantlaw.com