

ATTORNEYS AT LAW

401 EAST LAS OLAS BLVD SUITE 1400 FORT LAUDERDALE FLORIDA 33301

www.davantlaw.com   954.414.0400   *phone*   954.332.2301   *facsimile*

*Charles S. Davant*
*954.414.0401 direct*
*csd@davantlaw.com*

**Via E-Mail Only**

October 17, 2019

Captain Christopher Moale
Captainkris1@yahoo.com

Re:  *Claim of Christopher Moale*
Vessel: 2001 52' Cantieri Marchi
Claimant: Captain Kris Moale
Policy Number: YKR Y08713911
Date of Incident: 10/22/2018

Dear Mr. Moale,

We write you with regard to a claim you have made for alleged injuries sustained while working on the 2001 52-foot Cantier March (the "Yacht") or about on October 22, 2018. Please be advised that the undersigned has been retained by Chubb to represent the Yacht and her owners with regard to your claim. As you are aware, our office attempted to discuss this matter with you via telephone on or about September 9, 2019. Another individual answered the phone and advised that you retained attorney Michael Moore to represent you for this claim. Immediately upon being advised of Mr. Moore's retention, we advised that neither our office nor Chubb may discuss this matter with you unless you and your counsel provide permission. <u>If you are no longer represented by Mr. Moore or any other attorney, please advise. Otherwise, we will continue to discuss the claim with your representatives</u>.

After our attempted call to you, we spoke with Mr. Moore, who advised that he was awaiting production of documents from you to support your claim. Thereafter, we sent Mr. Moore a letter dated September 12, 2019 summarizing our conversation and reiterating our request for certain information and documentation, as the only documents produced to date are the documents originally submitted by you to the owners and the insurers of the Yacht. The Yacht and her owners have reimbursed, and continue to reimburse, you for any and all submitted medical expenses incurred to date. A copy of this September 12, 2019 letter is attached hereto. We have yet to receive a response or any of the requested documentation.

The Yacht, her owner and insurers take this claim seriously and are exercising reasonable diligence to investigate your claim in good faith. *See Vaughan v. Atkinson*, 369 U.S. 527, 82 S.Ct. 997 (1962).  In compliance with these duties, it is necessary for us to conduct a thorough review and analysis of the claims made by you. Therefore, we hereby request that you produce any and all

Captain Christopher Moale
October 17, 2019
Page 2 of 2

medical records in your possession from the last ten years, including any all medical records and bills related to this incident. Alternatively, enclosed herewith, please find blank authorization forms, wherein you can identify your prior and/or current treating physicians and provide authority for us to obtain your records directly. In order to fully and fairly evaluate your claim, we also request production of any other documents related to the subject incident, your injuries, your employment on the Yacht, and all documents that support any claims you to make, including your recent demand for payment of $55 per day for Maintenance and Cure.

We also reiterate our prior request for a recorded statement in furtherance of our efforts to diligently investigate your claims in good faith. Please contact us to coordinate this recorded statement.

The above are preliminary requests made in an effort to investigate your claims as quickly as possible. As we continue to investigate this claim in good faith, we may send further requests for information and production of documents. We look forward to your response to the above. Please let us know of any questions you may have in the interim.

Respectfully,

Charles S. Davant

Cc:    Michael Moore, Esq.

Enclosure: as stated.