**From:** "Michael T. Moore" <michael@moore-and-co.com>
**Date:** 22 October 2019 at 10:10:09 GMT-4
**To:** Christopher Moale <captainkris1@yahoo.com>, Charles Davant <csd@davantlaw.com>
**Cc:** "jdrawas@davantlaw.com" <jdrawas@davantlaw.com>
**Subject: Re: Moale - RE: [EXTERNAL] Maintenance and Cure**

Charles,

You have authority to speak to Christopher Moale.

Please let him know immediately if Owners/Underwriters Intend to pay his Maintenance and Cure entitlement.

The rate is $95 per day from the day of his injury.

All the best,

Michael

*Michael T. Moore*

255 Aragon Ave, 3rd Floor
Coral Gables, Florida 33134
Telephone: (786) 221-0600
Facsimile: (786) 221-0601

2019 - Selected AVVO Top Rated Lawyer
2019 - Selected for inclusion in the 26th Edition of Best Lawyers in America
2019 - Selected Marquis Who's Who
2019 - Selected Super Lawyer by Lawyer Monthly Magazine
2019 - Selected Americas Most Honored Professionals
2019 - Selected for inclusion in Top Lawyers in South Florida as published in South Florida, Legal Guide