**From:** Alicia Gargiulo <aag@davantlaw.com>
**Date:** November 27, 2019 at 9:26:54 AM EST
**To:** "Michael T. Moore" <michael@moore-and-co.com>
**Cc:** Charles Davant <csd@davantlaw.com>
**Subject: Moale**

Mr. Moore,

Please see attached records received from John Baker, MD pursuant to the authorization executed by Christopher Moale.

_____
**Alicia Gargiulo**