**SURGICAL SERVICE**

# Department of Veterans Affairs Medical Center
# West Palm Beach, Florida

**Patient's Name:** _Moale_
**Date of Surgery:** _5/8/19_

## Report to 5A the day of surgery.

After 1 PM on the day prior to your surgery, the Pre-Op Clinic will call you with the time to report to the nursing station on 5A for your surgery. *If your surgery is on a Monday or a holiday, then you will be called on the preceding business day.*

Please understand that your surgery may be cancelled for any of the following reasons:

1. If the written instructions for your surgical preparation provided to you by the Pre-Op clinic have not been followed
2. If an emergency surgery needs to be done
3. If there is no bed availability
4. If you develop a cold, cough or flu
5. If you are going home on the day of your surgery without making arrangements to be picked up by a family member, relative or friend who may accept responsibility for you

## Contact VA Connect at:
Local: (561) 422-6838
Long Distance: 1-866-383-9036

Please request the clinic that is required for your surgery:

- General
- Vascular
- Plastic
- Thoracic Surgery
- Urology Surgery
- Eye Surgery
- Ortho
- POD
- Neuro

MOALE000210
MMP# 19127

**SURGICAL SERVICE**

# Department of Veterans Affairs Medical Center
## West Palm Beach, Florida

**Patient's Name:** Moale

**Date of Surgery:** 5/8/19

## Report to 5A the day of surgery.

After 1 PM on the day prior to your surgery, the Pre-Op Clinic will call you with the time to report to the nursing station on 5A for your surgery. *If your surgery is on a Monday or a holiday, then you will be called on the preceding business day.*

Please understand that your surgery may be cancelled for any of the following reasons:

1. If the written instructions for your surgical preparation provided to you by the Pre-Op clinic have not been followed
2. If an emergency surgery needs to be done
3. If there is no bed availability
4. If you develop a cold, cough or flu
5. If you are going home on the day of your surgery without making arrangements to be picked up by a family member, relative or friend who may accept responsibility for you

**Contact VA Connect at:**
Local: (561) 422-6838
Long Distance: 1-866-383-9036

Please request the clinic that is required for your surgery:

- General
- Vascular
- Plastic
- Thoracic Surgery
- Urology Surgery
- Eye Surgery
- Ortho
- POD
- Neuro

MMP# 19127

MOALE000211

Moale

# PRE-OPERATIVE INSTRUCTIONS
## VA Medical Center, West Palm Beach

**YOUR SURGERY IS SCHEDULED FOR:** 5/8/18

**PLEASE REPORT TO 5A!**

*Take Hydrochlorthiazide, Amlodipine in the AM of 5/8 with small sip water.*

1. Take nothing by mouth after midnight the night before surgery. **DO NOT** eat or drink anything. **NO** coffee, **NO** alcoholic beverages, **NO** water, **NO** food the morning of the surgery. *Pt understands.*

2. You should take your usual medications the morning of the surgery with a small sip of water unless directed otherwise by your surgeon or anesthesiologist. **DO NOT** take diabetic medications the morning of surgery: Insulin, Metformin, Glyburide, Glipizide or any others. *Denies*

**ALL** of the following medications / supplements should be stopped on 5/1/19.
**YOU MAY TAKE TYLENOL.**

| | | | |
|---|---|---|---|
| Actron | Garlic | Naprosyn | Sulindac |
| Advil | Herbal Supplements | Naproxen | Tolmetrin |
| Aleve – *Hold* | Ibuprofen (Motrin) – *Hold* | Nuprin | Vitamin E |
| Aspirin | Indocin | Omega-3 fatty oils | Voltaren |
| Bufferin | Indomethacin | Orudis | |
| Fish oils | Ketoprofen | Piroxicam | |

The following medications should be stopped according to the dates listed below:

| Medication | Stop Date | | Stop Date |
|---|---|---|---|
| Coumadin (Warfarin): | __/__/__ *Denier* | Cilostazol (Pletal): | __/__/__ |
| Clopidogrel (Plavix): | __/__/__ | Ticagrelor (Brilinta): | __/__/__ |
| Aggrenox: | __/__/__ | Apixaban (Eliquis): | __/__/__ |
| Lovenox: | __/__/__ | Rivaroxaban (Xarelto): | __/__/__ |
| | | Dabigatran (Pradaxa): | __/__/__ |

3. Notify the surgical nurse if you develop a cold, sore throat, cough, fever or other illness prior to your surgery by calling (561) 422-7221, Surgical Nurse.

4. If you currently smoke, **YOU MUST STOP SMOKING 5 DAYS BEFORE SURGERY.** *Pt understands.*

5. You will be called by the Short Stay Unit 5A one business day prior to your surgery. You will receive a call on 5/7 to let you know what time to report to 5A. If you have not received a call by 4:00 p.m., you may call us at 561-422-5710. If your report time is 6 a.m., then please come through the ER Door on the 1st floor since all other doors are locked.

MOALE000212

Medical Media #44336

6. Admit: ☑ NO   ☐ YES  after surgery you will be admitted for _____ Days.

7. Because you will receive some sedation or anesthesia for the procedure/surgery, it is essential that someone comes with you to drive you home. If you do not have a ride home, then please bring this to the attention of the surgical nurse. **DO NOT BRING** valuables, including money or jewelry with you to the VA Medical Center.
Your Driver will be: _Lynsey Kurtis 561-808-6305_.

8. The morning of the surgery take a shower and wash the operative site with soap and water.

9. If you have any questions or you are unable to keep your surgery date, **PLEASE** call: (Local) 561-422-6914 or (toll free) 1-800-972-8262 EXT 6914 or Surgical Nurse at 561-422-7221.

10. Please leave all medication at home unless otherwise instructed.

I have read, understand and have been given a copy of the above instructions.

_____       _____
(Patient's Signature)                 (Nurse's Signature)

_____4/29/19_____       _____4/29/19_____
(Date)                                (Date)

For question or concerns call: (Local) 561-422-6914 or (toll free) 1-800-972-8262 EXT 6914.

MOALE000213
Medical Media #44336

```
----------MOALE,CHRISTOPHER EDWARD                    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--------------
     MEDICAL RECORD          |         D O C T O R ' S   O R D E R S
-------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
-------------------------------------------------------------------------------
  DATE & TIME   |           O R D E R S                    |   SIGNATURES
-------------------------------------------------------------------------------


05/08/2019 12:07   a   OXYCODONE/ACETAMINOPHEN TAB
                       OXYCODONE 5MG/ACETAMINOPHEN 325MG
                       TAB UD
                       TWO TABLETS PO Q6H PRN for pain
                       score >5/10                              /es/AFAQ KHAN
                       Start: 05/08/2019 12:20                  MD



05/08/2019 12:07   a   OXYCODONE/ACETAMINOPHEN TAB
                       OXYCODONE 5MG/ACETAMINOPHEN 325MG
                       TAB UD
                       ONE TABLET PO Q6H PRN for pain
                       score 2-5/10                             /es/AFAQ KHAN
                       Start: 05/08/2019 12:22                  MD



05/08/2019 12:07   a   DOCUSATE CAP,ORAL 250MG
                       TAKE 1 CAPSULE BY MOUTH DAILY FOR
                       STOOL SOFTENER
                       Quantity: 30 Refills: 0                  /es/AFAQ KHAN
                       Start: 05/08/2019                        MD
```

---

```
MOALE, CHRISTOPHER EDWARD  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  |      MEDICAL RECORD
  Loc: WPB SHORT STAY UNIT 5ADate: 05/08/2019|
  Room/Bed:                             | D O C T O R ' S   O R D E R S
  DOB: 02/27/1953                       |
  Manual Reprint: 05/08/2019 13:09      | VA FORM 10-1158
```

MOALE000214

1-800-273-TALK(8255)  National Suicide Prevention Lifeline

 **Department of Veteran Affairs**

# West Palm Beach
# VA Medical Center
# Discharge Instructions

DISCHARGE MEDICATIONS/INSTRUCTIONS:
  ACTIVE OUTPATIENT MEDS:
  ---------------------------------------------------------
  (a) HYDROCHLOROTHIAZIDE 25MG TAB  -  TAKE ONE TABLET BY MOUTH DAILY FOR BLOOD
      PRESSURE
  (a) DOCUSATE NA 250MG CAP  -  TAKE ONE CAPSULE BY MOUTH DAILY FOR STOOL
      SOFTENER
  (a) OXYCODONE 5MG/ACETAMINOPHEN 325MG TAB  -  TAKE 2 TABLETS BY MOUTH EVERY 6
      HOURS AS NEEDED FOR PAIN FOR LESS  INTENSE PAIN USE ONE TABLET EVERY 6 HOURS
      AS NEEDED,
  (a) NICOTINE 4MG GUM  -  CHEW AND PLACE ONE-HALF PIECE (2MG) - 4MG BETWEEN
      CHEEK AND GUM EVERY  HOUR AS NEEDED (FOR SMOKING CESSATION)
  (a) CHLORHEXIDINE GLUCONATE 4% TOP SOLN 4OZ  -  APPLY SMALL AMOUNT EXTERNALLY
      TWICE WASH ENTIRE BODY STARTING AT  SURGICAL SITE THE NIGHT BEFORE AND THE
      MORNING OF SURGERY. DO NOT  APPLY TO HEAD, FACE, EYES OR DAMAGED SKIN.
  non-VA (a) AMLODIPINE BESYLATE 10MG TAB   10MG BY MOUTH DAILY
    VA Rx: Written for patient to obtain from outside pharmacy


                    NURSING DISCHARGE INSTRUCTIONS
                    ------------------------------
DATE/TIME OF INSTRUCTIONS:  2:35:35 PM / 5/8/2019
NURSE #1 NAME/TITLE:
DESIMONE,JOSEPH T STAFF NURSE

TIME LEAVING UNIT:  2:35:35 PM

ACCOMPANIED BY:  Lindsey

Was this hospitalization for a primary or secondary diagnosis of CHF ?   No
NEXT APPOINTMENT:  May 23, 2019  Surg Gen POst-op 5B

ACTIVITIES:
Rest with moderate activity

---

MOALE,CHRISTOPHER EDWARD                                                    Page 1
                  1-800-273-TALK(8255)  National Suicide Prevention Lifeline
                                                                    MOALE000215

## *5608 - Lake Worth Surgical Center*

PO BOX 636665
CINCINNATI, OH  452636665

Phone: 866-631-7890

## *Visit Charge Detail*

*Date of Service: 11/14/2019*

Date: January 20, 2020

**Patient: Moale, Christopher E (48232 - 1)**

*Account Title: Moale, Christopher (48232)*

3218 Palm Drive

DELRAY BEACH, FL  33483

### *Visit Information*

 **Procedure(s)**  Right Shoulder Arthroscopy with Possible Rotator Cuff Repair and Possible Labral Repair,
 **Performing Physician(s):**  Baker, John E

### *Charge Information*

| Billing Code(s) | | Charge Description | Modifiers | Proc | Billed Amt |
|---|---|---|---|---|---|
| 29823 | 29823 | ARTHROSCOPY SHOULDER SURG | RT | | $11,527.00 |
| 99070 | 99070 | Supplies and materials (except spectacles), | | | $4,711.62 |
| **Diagnosis Codes:** | | S46.011A, S43.431A, M24.111, M94.211, | **Total Billed Charges:** | | $16,238.62 |

### *Transaction History*

| Tx Date | Description | Tx Amt | Running |
|---|---|---|---|
| 12/11/2019 | 1 - Primary Billing | $16,238.62 | $16,238.62 |
| | **Balance Due:** | | **$16,238.62** |

MOALE000003

**Good Samaritan Medical Center**
1309 N. Flagler Drive
West Palm Beach, FL 33401-3406

| | | | |
|---|---|---|---|
| Patient: | MOALE, CHRISTOPHER E | Attending Provider: | WANG MD, JOHN L |
| MRN #: | 1063150 | Admission Date: | 2/4/2020 |
| Account #: | 75361865 | Discharge Date: | 2/6/2020 |
| DOB/Age/Sex: | 2/27/1953 / 66 years / Male | Lab Medical Director(s): | Thomas Bolton, MD |

*Operative/Procedure Reports*

Document type:
Document Subject: Operative Note EMR No Cosign
Document Date/Time: 2/4/2020 21:02 EST
Document Status: Auth (Verified)
Performed By: WANG MD, JOHN L (2/4/2020 21:02 EST)
Authenticated By: WANG MD, JOHN L (2/5/2020 15:58 EST); WANG MD, JOHN L (2/5/2020 15:58 EST)

## Operative Report

**Date/Time Note Created:** 02/04/2020 21:02

**Procedure(s) Performed:**

| Procedure | Procedure Text | Modifier |
|---|---|---|
| Hip Total Arthroplasty Anterior | LEFT ANTERIOR TOTAL HIP ARTHROPLASTY | |

**Procedure/Surgery Start:**
02/04/20 08:14

**Primary Surgeon(s):**
WANG MD, JOHN L

**Assisted By:**

| Assisting Personnel | Personnel Role |
|---|---|
| England RN, Danielle | First Assistant |
| Carrier APRN, Vicki | First Assistant |

**Anesthesiologist/CRNA:**

| Provider | Provider Role |
|---|---|
| BALGOBIN CRNA, SUJATA | Certified Registered Nurse Anesthetist |

**Anesthesia Type:**
General

**Pre-Operative Diagnosis:**
OSTEOARTHRITIS LEFT HIP

**Post-Operative Diagnosis:**
OSTEOARTHRITIS LEFT HIP

**Indications for Procedure:**
This is a patient with chronic history of severe left hip pain which has progressively worsened and is now limiting daily activities and decreasing quality of life. The patient has tried and failed multiple conservative treatment modalities including

| | | | |
|---|---|---|---|
| Report Request ID: 200002039 | Page 1 of 3 | Printed: | 2/7/2020 10:57 EST |

MOALE000051

**Good Samaritan Medical Center**
1309 N. Flagler Drive
West Palm Beach, FL 33401-3406

| | | | |
|---|---|---|---|
| Patient: | MOALE, CHRISTOPHER E | Attending Provider: | WANG MD, JOHN L |
| MRN #: | 1063150 | Admission Date: | 2/4/2020 |
| Account #: | 75361865 | Discharge Date: | 2/6/2020 |
| DOB/Age/Sex: | 2/27/1953 / 66 years / Male | Lab Medical Director(s): | Thomas Bolton, MD |

## Operative/Procedure Reports

anti-inflammatories, physical therapy or home exercises, activity modification, and observation. The x-rays show decreased left hip joint space with subchondral sclerosis and periarticular osteophytes. The treatment options risk and benefits were discussed with the patient and all were in agreement with a total hip arthroplasty.

**Description of Procedure(s):**
The patient was identified by name and number in the preoperative holding area and the left hip was marked. The patient was then brought back to the room and anesthesia was administered. Preoperative IV antibiotic was given. The patient was placed supine on a Hana table. The left hip was prepped and draped sterilely. A fine timeout was called and everyone was in agreement.

An anterior approach of the left hip was undertaken. An incision was made starting distal and lateral to the ASIS and extended anterolaterally. Dissection was carried out sharply and the fascia was split in line with the skin incision. Blunt dissection was carried out and hemostasis was obtained. An anterior capsulotomy was made at this time. Retractors were then placed inside the capsule. The femoral neck cut was made based on preoperative templating and the femoral head and neck was removed from the wound. Retractors were then placed around the acetabulum. Excess soft tissue was excised from the rim of the acetabulum. Serial reaming of the acetabulum was begun up to the appropriate size based on bleeding cancellus bone bed. At this point the acetabular shell was impacted into place and found to be well fixed. The liner was then impacted into place. We then turned our attention back towards the femur.

The left lower extremity was positioned in extension, adduction, and external rotation. All traction was removed. Retractors were then placed around the proximal femur. Serial broaching of the femoral canal was begun up to the appropriate size based on auditory and tactile feedback. A calcar planer was used and the trial head and neck were placed. The hip was reduced and fluoroscopic imaging was used to verify proper leg length and offset. We also checked for anterior stability and found it to be satisfactory. The hip was dislocated and trial components were then removed. Final implants were impacted into place followed by reduction. Examination was also found to be satisfactory. The wound was copiously irrigated. Standard closure was carried out. The wound was dressed with sterile gauze. The patient was taken to recovery room in satisfactory condition.

**IMPLANTS USED:**
1. CORIN TRINITY ACETABULAR SHELL, 54MM
2. 36MM POLYETHYLENE LINER,
3. CORIN METAFIX STEM, #4 /135 DEG
4. 36MM CERAMIC HEAD, +8MM

**Complications:**
None

**Specimens Removed:**

| Description | Spec/Cult # | Test Requested | Site | Disposition | Comments |
|---|---|---|---|---|---|
| LEFT FEMUR HEAD | | Permanent | Hip Left | Designated Specimen Location | |

**Estimated Blood Loss:**
200ML

| | | | |
|---|---|---|---|
| Report Request ID: 200002039 | | Page 2 of 3 | Printed: 2/7/2020 10:57 EST |

MOALE000052

**Good Samaritan Medical Center**
1309 N. Flagler Drive
West Palm Beach, FL 33401-3406

| | | | |
|---|---|---|---|
| Patient: | MOALE, CHRISTOPHER E | Attending Provider: | WANG MD, JOHN L |
| MRN #: | 1063150 | Admission Date: | 2/4/2020 |
| Account #: | 75361865 | Discharge Date: | 2/6/2020 |
| DOB/Age/Sex: | 2/27/1953 / 66 years / Male | Lab Medical Director(s): | Thomas Bolton, MD |

## Operative/Procedure Reports

**Patient Condition:**
Stable

Electronically Signed On 02/05/20 15:58 EST

WANG MD, JOHN L

**Good Samaritan Medical Center**
1309 N. Flagler Drive
West Palm Beach, FL 33401-3406

| | | | |
|---|---|---|---|
| **Patient:** | MOALE, CHRISTOPHER E | **Attending Provider:** | WANG MD,JOHN L |
| **MRN #:** | 1063150 | **Admission Date:** | 3/11/2020 |
| **Account #:** | 75597062 | **Discharge Date:** | 3/14/2020 |
| **DOB/Age/Sex:** | 2/27/1953  / 67 years  / Male | **Lab Medical Director(s):** | Thomas Bolton, MD |

*Operative/Procedure Reports*

| | |
|---|---|
| Document type: | Operative Note EMR No Cosign |
| Document Subject: | |
| Document Date/Time: | 3/11/2020 13:20 EDT |
| Document Status: | Auth (Verified) |
| Performed By: | WANG MD,JOHN L (3/11/2020 13:21 EDT) |
| Authenticated By: | WANG MD,JOHN L (3/11/2020 13:21 EDT) |

# Operative Report

**Date/Time Note Created:** 03/11/2020 13:20

**Procedure(s) Performed:**

| Procedure | Modifier |
|---|---|
| RIGHT TOTAL HIP ARTHROPLASTY | |

**Procedure/Surgery Start:**
03/11/20 08:18

**Primary Surgeon(s):**
WANG MD, JOHN L

**Assisted By:**

| Assisting Personnel | Personnel Role |
|---|---|
| Carrier APRN, Vicki | First Assistant |

**Anesthesiologist/CRNA:**

| Provider | Provider Role |
|---|---|
| STEINBRINK CRNA, ROBERT | Certified Registered Nurse Anesthetist |

**Anesthesia Type:**
Spinal

**Pre-Operative Diagnosis:**
OSTEOARTHRITIS RIGHT HIP

**Post-Operative Diagnosis:**
OSTEOARTHRITIS RIGHT HIP

**Indications for Procedure:**
This is a patient with chronic history of severe right hip pain which has progressively worsened and is now limiting daily activities and decreasing quality of life. The patient has tried and failed multiple conservative treatment modalities including anti-inflammatories, physical therapy or home exercises, activity modification, and observation. The x-rays show decreased

| | | | |
|---|---|---|---|
| Report Request ID: | 207638648 | Page 1 of 2 | Printed: 3/17/2020 07:30 EDT |

MOALE000061

**Good Samaritan Medical Center**
1309 N. Flagler Drive
West Palm Beach, FL 33401-3406

| | | | |
|---|---|---|---|
| **Patient:** | MOALE, CHRISTOPHER E | **Attending Provider:** | WANG MD, JOHN L |
| **MRN #:** | 1063150 | **Admission Date:** | 3/11/2020 |
| **Account #:** | 75597062 | **Discharge Date:** | 3/14/2020 |
| **DOB/Age/Sex:** | 2/27/1953 / 67 years / Male | **Lab Medical Director(s):** | Thomas Bolton, MD |

*Operative/Procedure Reports*

right hip joint space with subchondral sclerosis and periarticular osteophytes. The treatment options risk and benefits were discussed with the patient and all were in agreement with a total hip arthroplasty.

**Description of Procedure(s):**
The patient was identified by name and number in the preoperative holding area and the right hip was marked. The patient was then brought back to the room and anesthesia was administered. Preoperative IV antibiotic was given. The patient was placed supine on a Hana table. The right hip was prepped and draped sterilely. A fine timeout was called and everyone was in agreement.

An anterior approach of the left hip was undertaken. An incision was made starting distal and lateral to the ASIS and extended anterolaterally. Dissection was carried out sharply and the fascia was split in line with the skin incision. Blunt dissection was carried out and hemostasis was obtained. An anterior capsulotomy was made at this time. Retractors were then placed inside the capsule. The femoral neck cut was made based on preoperative templating and the femoral head and neck was removed from the wound. Retractors were then placed around the acetabulum. Excess soft tissue was excised from the rim of the acetabulum. Serial reaming of the acetabulum was begun up to the appropriate size based on bleeding cancellus bone bed. At this point the acetabular shell was impacted into place and found to be well fixed. The liner was then impacted into place. We then turned our attention back towards the femur.

The left lower extremity was positioned in extension, adduction, and external rotation. All traction was removed. Retractors were then placed around the proximal femur. Serial broaching of the femoral canal was begun up to the appropriate size based on auditory and tactile feedback. A calcar planer was used and the trial head and neck were placed. The hip was reduced and fluoroscopic imaging was used to verify proper leg length and offset. We also checked for anterior stability and found it to be satisfactory. The hip was dislocated and trial components were then removed. Final implants were impacted into place followed by reduction. Examination was also found to be satisfactory. The wound was copiously irrigated. Standard closure was carried out. The wound was dressed with sterile gauze. The patient was taken to recovery room in satisfactory condition.

**IMPLANTS USED:**
1. CORIN TRINITY ACETABULAR SHELL, 56MM
2. 36MM POLYETHYLENE LINER
3. CORIN METAFIX STEM, #4 135 DEG
4. 36MM CERAMIC HEAD, +4MM

**Complications:**
None

**Estimated Blood Loss:**
200ML

**Patient Condition:**
**Stable**

*Electronically Signed On 03/11/20 13:21 EDT*

_____
WANG MD, JOHN L

| | | | |
|---|---|---|---|
| Report Request ID: 207638648 | Page 2 of 2 | Printed: | 3/17/2020 07:30 EDT |

MOALE000062