DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Detail By Document Number /

# Detail by Entity Name

Florida Profit Corporation
FRASER YACHTS FLORIDA, INC.

### Filing Information

| | |
|---|---|
| **Document Number** | P93000036883 |
| **FEI/EIN Number** | 65-0422907 |
| **Date Filed** | 05/21/1993 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | CORPORATE MERGER |
| **Event Date Filed** | 11/15/2012 |
| **Event Effective Date** | 11/30/2012 |

### Principal Address

1800 SE 10TH AVE
STE 400
FORT LAUDERDALE, FL 33316

Changed: 04/30/2003

**Mailing Address**

1800 SE 10TH AVE

STE 400

FORT LAUDERDALE, FL 33316

Changed: 11/13/2018

**Registered Agent Name & Address**

CORPORATE CREATIONS NETWORK INC.

801 US HIGHWAY 1

NORTH PALM BEACH, FL 33408

Name Changed: 11/15/2019

Address Changed: 03/25/2020

**Officer/Director Detail**

**Name & Address**

Title TD

Nenci, Alessandra

LE CORONADO 20 AVENUE DE FONTVIEILLE

Monaco 9800 MO MC

Title Director

McGill, William Brett

2600 McCormick Drive, Suite 200

Clearwater, FL 33759

Clearwater, FL 33759

Title CEO

Sauleau, Raphael
2 Quai Antoine
#1
Monaco, Monaco 98000 MC

Title Secretary

Bruss, Jeanne
1800 SE 10TH AVE
STE 400
FORT LAUDERDALE, FL 33316

Title COO

Busacca, Michele
1800 SE 10TH AVE
STE 400
FORT LAUDERDALE, FL 33316

Title Director

McLamb, Michael H
2600 McCormick Drive, Suite 200
Clearwater, FL 33759

**Annual Reports**

**Report Year**          **Filed Date**

| Report Year | Filed Date |
|---|---|
| 2018 | 04/25/2018 |
| 2019 | 04/10/2019 |
| 2020 | 02/11/2020 |

**Document Images**

| | |
|---|---|
| 02/11/2020 -- ANNUAL REPORT | View image in PDF format |
| 11/15/2019 -- Reg. Agent Change | View image in PDF format |
| 04/10/2019 -- ANNUAL REPORT | View image in PDF format |
| 11/13/2018 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 11/08/2018 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 04/25/2018 -- ANNUAL REPORT | View image in PDF format |
| 03/15/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/28/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/24/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/22/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/15/2013 -- ANNUAL REPORT | View image in PDF format |
| 11/15/2012 -- Merger | View image in PDF format |
| 03/20/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/06/2011 -- ANNUAL REPORT | View image in PDF format |
| 03/29/2010 -- ANNUAL REPORT | View image in PDF format |
| 03/27/2009 -- ANNUAL REPORT | View image in PDF format |
| 01/21/2008 -- ANNUAL REPORT | View image in PDF format |
| 07/11/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/19/2006 -- ANNUAL REPORT | View image in PDF format |
| 04/11/2005 -- ANNUAL REPORT | View image in PDF format |
| 04/21/2004 -- ANNUAL REPORT | View image in PDF format |

| | |
|---|---|
| 04/30/2003 -- ANNUAL REPORT | View image in PDF format |
| 12/20/2002 -- Merger | View image in PDF format |
| 05/06/2002 -- ANNUAL REPORT | View image in PDF format |
| 03/21/2002 -- Merger | View image in PDF format |
| 12/05/2001 -- Name Change | View image in PDF format |
| 05/02/2001 -- ANNUAL REPORT | View image in PDF format |
| 05/02/2000 -- ANNUAL REPORT | View image in PDF format |
| 04/29/1999 -- ANNUAL REPORT | View image in PDF format |
| 04/21/1998 -- ANNUAL REPORT | View image in PDF format |
| 04/25/1997 -- ANNUAL REPORT | View image in PDF format |
| 02/23/1996 -- ANNUAL REPORT | View image in PDF format |
| 01/18/1995 -- ANNUAL REPORT | View image in PDF format |

Florida Department of State, Division of Corporations