# *COMPANY SEARCH REPORT*

| | |
|---|---|
| **Company Name :** | **TONNO LTD.** |

| | |
|---|---|
| **Company Number :** | 125427 |

**Company Type** BC Re-registration    **Date of Incorporation / Registration :**    08/08/1994

## Current Status :

| | |
|---|---|
| Status Description: | Active |
| Status Date: | 29/03/2019 |
| Re-registration Type: | Automatic |
| Re-registration date: | 01/01/2007 |
| Current Registered Agent: | MMG TRUST (BVI) CORP. |
| Current Registered Agent Address: | Pasea Estate<br>P.O. Box 958<br>Road Town<br>Tortola<br>VG1110<br>VIRGIN ISLANDS, BRITISH |
| Current Registered Agent Phone Number: | 284-494-2011 |
| Current Registered Agent Fax Number: | 284-494-2015 |
| Current Registered Office : | Pasea Estate<br>P.O. Box 958<br>Road Town<br>Tortola<br>VG1110<br>VIRGIN ISLANDS, BRITISH |
| Telephone: | |
| Agent Fax: | |
| Director Register Type : | Private |
| First Registered Agent: | INSINGER CORPORATE FORMATIONS (BVI) LIMITED |
| First Registered Office: | Palm Grove House<br>P.O. Box 438 |

Road Town
Tortola
VIRGIN ISLANDS, BRITISH

## Share/Capital Information:

Authorized Capital:              50,000.00    United States of America, Dollars

Ability to Issue Bearer Shares:        No

## Previous Names History

| | | | **Date Range or Cease Date** | |
|---|---|---|---|---|
| S.No | Previous Name | Foreign Character Name | From | To |
| | | | 08/08/1994 | |
| 1 | TONNO LTD. | | | |

**This Company Search was performed by Trident Trust Company (B.V.I.) Limited of Trident Chambers, P.O. BOX 146, Road Town, Tortola, British Virgin Islands.**

Dated this 2nd day of April, 2020

_____
**Authorised Signatory**
**For and on Behalf Of**
**Trident Trust Company (B.V.I.) Limited**